# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

EDWARD HENDRIX,

    Plaintiff

v.

LOUIS PORFINO NINO and B & L
STEWART ENTERPRICES, LLC,

    Defendants

Case No.: 2:24-cv-00551-APG-NJK

**Order Remanding Case to State Court**

In light of defendant B & L Stewart Enterprises, LLC's response to the order to show cause (ECF No. 7),

I ORDER that this case is remanded to the state court from which it was removed for all further proceedings.  The clerk of court is instructed to close this case.

DATED this 10th day of April, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE